OPINION — AG — ** FOREIGN INSURANCE CORPORATIONS — SERVICE AGENTS ** THE PROVISIONS OF SENATE BILL NO. 192 REQUIRING FOREIGN OR DOMESTICATED CORPORATIONS TO DESIGNATE THE SECRETARY OF STATE AS THEIR SERVICE AGENT ARE 'NOT' APPLICABLE TO APPLICABLE TO FOREIGN INSURANCE CORPORATIONS. (ALIEN INSURER, NON PROFIT, PRIVATE CORPORATION, BUSINESS CORPORATION ACT) CITE: 36 O.S. 621 [36-621] 18 O.S. 1.3 [18-1.3], 68 O.S. 1.17 [68-1.17] (JAMES R. BARNETT)